Certificate Number: 15111-NJ-DE-034997155

Bankruptcy Case Number: 20-20904



15111-NJ-DE-034997155

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 19, 2020, at 11:27 o'clock AM EDT, Diana L. Brooks completed a course on personal financial management given by internet by BE Adviser, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   October 19, 2020          By:   /s/Maan Arriane Vendiola for Ryan McDonough

Name:   Ryan McDonough

Title:   Executive Director of Education