UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Andrew Sklar, Esquire (AS3105)
SKLAR LAW, LLC
20 Brace Road, Ste 205
Cherry Hill, New Jersey 08034
(856) 258-4050
Attys for Echelon Glen 2016, LLC, Creditor

In Re:

DIANA L. BROOKS

Case No.: 20-20904/JNP
Chapter: 13
Adv. No.:
Hearing Date:
Judge: Jerrold N Poslusny

## CERTIFICATION OF SERVICE

1. I, __DOLORES E MURPHY__ :

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for __Andrew Sklar__, who represents __Echelon Glen 2016, LLC__ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On __10/30/2020__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
   Proof of Claim filed on behalf of Echelon Glen 2016, LLC

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: __10/30/2020__          /s/ Dolores E. Murphy
                              Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Thomas G. Egner<br>McDowell Law, PC<br>46 West Main Street<br>Maple Shade, NJ 08052 | Atty for Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Isabel C. Balboa<br>Chapter 13 Standing Trustee<br>Cherry Tree Corporate Center<br>535 Route 38 - Suite 580<br>Cherry Hill, NJ 08002 | Chapter 13 Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| OFFICE OF THE US TRUSTEE<br>One Newark Center, Ste 2100<br>Newark, NJ  07102 | USTO | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other  _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other  _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |