Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 20−20904−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Diana L. Brooks
   105 Grand Ave.
   Stratford, NJ 08084

Social Security No.:
   xxx−xx−3216

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on December 4, 2020.

Dated: December 4, 2020
JAN: bc

                                                                       Jeanne Naughton
                                                                       Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 20-20904-JNP
Diana L. Brooks  Chapter 13
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0312-1  User: admin  Page 1 of 3
Date Rcvd: Dec 04, 2020  Form ID: plncf13  Total Noticed: 68

The following symbols are used throughout this certificate:
**Symbol  Definition**

+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#  Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\#\#  Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 06, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Diana L. Brooks, 105 Grand Ave., Stratford, NJ 08084-1331 |
| cr | + | Echelon Glen 2016 LLC, c/o Sklar Law LLC, 20 Brace Road, Suite 205, Cherry Hill, NJ 08034-2634 |
| cr | + | QUICKEN LOANS, LLC, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 518972239 | + | American Express, Attn: Estate Information Services, PO Box 1338, Reynoldsburg, OH 43068-6338 |
| 518966020 | + | Apex Asset Management, 2501 Oregon Pike, Suite 201, Lancaster, PA 17601-4890 |
| 518966021 | + | Apex Asset Management, Attn: Bankruptcy Dept., PO Box 5407, Lancaster, PA 17606-5407 |
| 518966022 | + | Arcadia Recovery Bureau, LLC, PO Box 6768, Wyomissing, PA 19610-0768 |
| 518966023 | + | Athena Diagnostics, Inc, 200 Forest St., 2nd Floor, Marlborough, MA 01752-3023 |
| 518966024 | + | Borough of Stratford, Attn: Tax Office, 307 Union Avenue, Stratford, NJ 08084-1313 |
| 518966025 | | Bruce Kerensky DDS, 120 E. Evesham Rd., Glendora, NJ 08029-1361 |
| 518966030 | | Citibank, N.A., 5800 S Corporate Pl., Sioux Falls, SD 57108-5027 |
| 518966032 | + | Comprehensive Cancer & Hematology Spec., 705 White Horse Road, Suite D-105, Voorhees, NJ 08043-2468 |
| 518966034 | + | Decker Homes Inc., 1684 Route 206, Southampton Township, NJ 08088-8836 |
| 518966035 | + | Delaware River Port Authority, NJ E-ZPass, PO Box 4971, Trenton, NJ 08650-4971 |
| 518987486 | + | Denise Carlon Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 518966036 | + | Echelon Glen 2016 LLC, PO Box 958, Lakewood, NJ 08701-0958 |
| 518966037 | | Equian, PO Box 34060, Dept. 74575038, Louisville, KY 40232-4060 |
| 518966038 | + | Equifax Information Services, PO Box 740241, Atlanta, GA 30374-0241 |
| 518966039 | + | Experian, PO Box 4500, Allen, TX 75013-1311 |
| 518966040 | + | Fair Collections & Outsourcing, Attn: Bankruptcy Dept, 12304 Baltimore Ave Suite #E, Beltsville, MD 20705-1314 |
| 518966041 | | Frost - Arnett, PO Box 198988, Portland, OR 97219 |
| 518966043 | + | Jefferson Health, 833 Chestnut St., Suite 115, Philadelphia, PA 19107-4401 |
| 518966044 | | Kennedy Medical Group Practice, P.C., PO Box 95000, CL#4570, Philadelphia, PA 19195-0001 |
| 518966045 | + | Kennedy University Hospital, PO Box 13704, 30th St. Station, Philadelphia, PA 19101-3704 |
| 518966046 | | Kresson View Center, 2601 Evesham Rd., Voorhees, NJ 08043-9509 |
| 518966047 | + | LabCorp, PO Box 2240, Burlington, NC 27216-2240 |
| 518966048 | | McKesson Patient Care Solutions, Inc., PO Box 645034, Pittsburgh, PA 15264-5034 |
| 518966049 | + | Midland Credit Management, Inc., Po Box 2037, Warren, MI 48090-2037 |
| 518966050 | | Montgomery Medical Equipment, PO Box 825543, Philadelphia, PA 19182-5543 |
| 518966053 | + | NJ E-ZPass, Violations Processing Center, PO Box 4971, Trenton, NJ 08650-4971 |
| 518966051 | + | Nationwide Recovery, 501 Shelley Dr Ste 300, Tyler, TX 75701-9553 |
| 518979589 | + | Nelnet on behalf of College Assist, College Assist, PO Box 16358, St. Paul, MN 55116-0358 |
| 518997352 | + | New Jersey Turnpike Authority, 1 Turnpike Plaza, Woodbridge, New Jersey 07095-5195 |
| 518966054 | | Penn Medicine, PO Box 824406, Philadelphia, PA 19182-4406 |
| 518966055 | | PennCredit Corporation, PO Box 1259, Oaks, PA 19456-1259 |
| 518966056 | + | Presbyterian Hospital PP, PO Box 824314, Philadelphia, PA 19182-4314 |
| 518966057 | #+ | ProCo, P.O. Box 2462, Aston, PA 19014-0462 |
| 518966058 | + | Professional Pulmonary Service, 27 East Centre Street, Woodbury, NJ 08096-2429 |
| 518966059 | | Quest Diagnostics, PO Box 740775, Cincinnati, OH 45274-0775 |
| 519014041 | + | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 518966061 | + | Radius Global Solutions, 7831 Glenroy Rd, Suite 250-A, Minneapolis, MN 55439-3117 |
| 518966062 | + | Regional Women's Health Group, LLC, PO Box 536, Voorhees, NJ 08043-0536 |

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 04, 2020 | Form ID: plncf13 | Total Noticed: 68 |

| | | |
|---|---|---|
| 518966065 | | Rowan Medicine, PO Box 635, Bellmawr, NJ 08099-0635 |
| 518966066 | #+ | Sklar Law, LLC, 1200 Laurel Oak Road, Suite 102, Voorhees, NJ 08043-4317 |
| 518966067 | + | State of New Jersey Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 518966068 | + | Stephen J. Moschini, Counselor at Law, 40 Constitution Drive, Southampton, NJ 08088-9053 |
| 518966069 | | Studebaker Submetering, Inc., PO Box 580500, Charlotte, NC 28258-0500 |
| 518966073 | + | TransUnion, PO Box 2000, Chester, PA 19016-2000 |
| 518966074 | + | United Telemaanagement Corp, PO Box 145465, Cincinnati, OH 45250-5465 |
| 518966076 | + | Zeller & Wieliczko, LLP, Attn: Jeffrey P. Catalano, Esq., 120 Haddontowne Court, Cherry Hill, NJ 08034-3666 |

TOTAL: 50

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 04 2020 22:33:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 04 2020 22:33:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518966019 | + | Email/Text: bkrpt@retrievalmasters.com | Dec 04 2020 22:33:00 | American Medical Collectin Agency, 4 Westchester Plaza, Suite 110, Elmsford, NY 10523-1615 |
| 518966026 | + | Email/Text: clientrep@capitalcollects.com | Dec 04 2020 22:35:00 | Capital Collection Services, Attn: Bankruptcy, Po Box 150, West Berlin, NJ 08091-0150 |
| 518966027 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 05 2020 01:34:24 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519011644 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Dec 05 2020 01:18:32 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518966031 | + | Email/Text: mediamanagers@clientservices.com | Dec 04 2020 22:30:00 | Client Services, Inc., 3451 Harry S. Truman Blvd., Saint Charles, MO 63301-9816 |
| 518966033 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Dec 04 2020 22:34:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St., Norwood, MA 02062-2679 |
| 518966042 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 04 2020 22:31:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518966029 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Dec 05 2020 01:34:17 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 518966052 | + | Email/Text: electronicbkydocs@nelnet.net | Dec 04 2020 22:33:00 | Nelnet, Attn: Bankruptcy Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 518966060 | + | Email/Text: bankruptcyteam@quickenloans.com | Dec 04 2020 22:34:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-1906 |
| 518966063 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 05 2020 01:26:34 | Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518966064 | + | Email/Text: bkrpt@retrievalmasters.com | Dec 04 2020 22:33:00 | Retrieval Masters Creditors Bureau, Inc, 4 Westchester Plaza Suite 110, Elmsford, NY 10523-1615 |
| 518966070 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 05 2020 01:16:07 | Synchrony Bank, c/o PRA Receivables Management, PO Box 41021, Norfolk, VA 23541-1021 |
| 518966071 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 05 2020 01:24:15 | Synchrony Bank/ Walmart, PO Box 965024, Orlando, FL 32896-5024 |
| 518966072 | + | Email/Text: bankruptcynotices@cbecompanies.com | Dec 04 2020 22:34:00 | The CBE Group, Inc., 1309 Technology Pkwy, Cedar Falls, IA 50613-6976 |
| 518966075 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Dec 04 2020 22:29:00 | Verizon, 500 Technology Drive, Suite 550, Weldon Spring, MO 63304-2225 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518973158 | *+ | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 518966028 | ##+ | Care Centrix, P.O. Box 660, East Granby, CT 06026-0660 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2020        Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 4, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew Sklar | on behalf of Creditor Echelon Glen 2016 LLC andy@sklarlaw.com |
| Denise E. Carlon | on behalf of Creditor QUICKEN LOANS LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Robert Davidow | on behalf of Creditor QUICKEN LOANS LLC nj.bkecf@fedphe.com |
| Sherri Jennifer Smith | on behalf of Creditor QUICKEN LOANS LLC ssmith@pincuslaw.com, nj.bkecf@fedphe.com |
| Thomas G. Egner | on behalf of Debtor Diana L. Brooks tegner@mcdowelllegal.com tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;egnertr62202@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7