Printed on: 12/31/2021
ISABEL C. BALBOA [*ICB-99001-00*]

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2021 to 12/31/2021
**Case Number: 20-20904 (JNP)**

Diana L. Brooks
105 Grand Avenue
Stratford, NJ  08084

Monthly Payment: $610.00
Payments / Month: 1
Current Trustee Comp.: 8.40%

### The following are receipts posted in this case within the above dates:

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 02/05/2021 | $200.00 | 03/04/2021 | $200.00 | 04/05/2021 | $200.00 | 05/03/2021 | $200.00 |
| 06/01/2021 | $200.00 | 08/04/2021 | $200.00 | 09/02/2021 | $200.00 | 10/01/2021 | $200.00 |
| 11/01/2021 | $610.00 | 12/16/2021 | $610.00 | | | | |

### The following are the creditors who are set up to be paid through this plan:

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | DIANA L. BROOKS | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | MC DOWELL LAW, PC | 13 | $4,500.00 | $2,757.16 | $1,742.84 | $0.00 |
| 1 | AMERICAN MEDICAL COLLECTIN AGENCY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | APEX ASSET MANAGEMENT, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | APEX ASSET MANAGEMENT, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | ARCADIA RECOVERY BUREAU, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | ATHENA DIAGNOSTICS, INC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | BOROUGH OF STRATFORD | 24 | $364.54 | $0.00 | $364.54 | $0.00 |
| 7 | BRUCE KERENSKY, DDS | 33 | $229.23 | $0.00 | $229.23 | $0.00 |
| 8 | CAPITAL COLLECTION SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | CAPITAL ONE BANK USA, N.A. | 33 | $2,785.34 | $0.00 | $2,785.34 | $0.00 |
| 10 | CARE CENTRIX | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | CHASE CARD SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | CITIBANK, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | Client Services, Inc. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | COMPREHENSIVE CANCER & HEMATOLOGY SPEC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | CREDIT COLLECTION SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | DECKER HOMES, INC. | 33 | $8,827.12 | $0.00 | $8,827.12 | $0.00 |
| 17 | DELAWARE RIVER PORT AUTHORITY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | ECHELON GLEN 2016, LLC | 33 | $11,504.44 | $0.00 | $11,504.44 | $0.00 |
| 19 | EQUIAN | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | EQUIFAX INFORMATION SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | EXPERIAN | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | FAIR COLLECTIONS & OUTSOURCING | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | FROST-ARNETT COMPANY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | DEPARTMENT OF THE TREASURY | 28 | $6,550.31 | $0.00 | $6,550.31 | $0.00 |
| 25 | JEFFERSON HEALTH | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | KENNEDY MEDICAL GROUP PRACTICE, P.C. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN
WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 27 | KENNEDY UNIVERSITY HOSPITAL | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28 | KRESSON VIEW CENTER | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29 | LABCORP | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30 | MCKESSON PATIENT CARE SOLUTIONS, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31 | MIDLAND CREDIT MANAGEMENT, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 32 | MONTGOMERY MEDICAL EQUIPMENT | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33 | NEW JERSEY TURNPIKE AUTHORITY | 33 | $255.75 | $0.00 | $255.75 | $0.00 |
| 34 | NATIONWIDE RECOVERY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 35 | NELNET | 33 | $24,093.80 | $0.00 | $24,093.80 | $0.00 |
| 36 | PENN MEDICINE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 37 | PENNCREDIT CORPORATION | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 38 | PRESBYTERIAN HOSPITAL PP | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 39 | PROCO | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 40 | PROFESSIONAL PULMONARY SERVICE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 41 | QUEST DIAGNOSTICS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 42 | ROCKET MORTGAGE, LLC | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 43 | RADIUS GLOBAL SOLUTIONS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 44 | REGIONAL WOMEN'S HEALTH GROUP, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 45 | RESURGENT CAPITAL SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 46 | RETRIEVAL MASTERS CREDITORS BUREAU, INC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 47 | ROWAN MEDICINE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 48 | ANDREW SKLAR, ESQUIRE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 49 | STATE OF NEW JERSEY DIVISION OF TAXATION | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 50 | STEPHEN J. MOSCHINI | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 51 | STUDEBAKER SUBMETERING, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 52 | SYNCHRONY BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 53 | SYNCHRONY BANK/ WALMART | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 54 | THE CBE GROUP, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 55 | TRANSUNION | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 56 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 57 | UNITED TELEMAANAGEMENT CORP | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 58 | VERIZON BY AMERICAN INFOSOURCE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 59 | ZELLER & WIELICZKO, LLP | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 60 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 61 | THOMAS G. EGNER | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 62 | AMERICAN EXPRESS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 63 | MIDLAND CREDIT MANAGEMENT, INC. | 33 | $347.36 | $0.00 | $347.36 | $0.00 |
| 64 | DEPARTMENT OF THE TREASURY | 33 | $7,487.34 | $0.00 | $7,487.34 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 10/01/2020 | 12.00 | $200.00 |
| 10/01/2021 | 48.00 | $610.00 |
| 10/01/2025 | Projected end of plan | |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

Printed on: 12/31/2021
ISABEL C. BALBOA [*ICB-99001-00*]

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2021 to 12/31/2021
**Case Number: 20-20904 (JNP)**

| | |
|---|---|
| Total payments received this period: | $2,820.00 |
| Total paid to creditors this period: | $0.00 |
| Undistributed Funds on Hand: | $558.76 |
| Arrearages: | $610.00 |
| Attorney: | MC DOWELL LAW, PC |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN
WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**