**Information to identify the case:**

Debtor 1: Diana L. Brooks
First Name    Middle Name    Last Name

Social Security number or ITIN  xxx–xx–3216
EIN  __–_____

Debtor 2: 
(Spouse, if filing)    First Name    Middle Name    Last Name

Social Security number or ITIN  ____
EIN  __–_____

United States Bankruptcy Court    District of New Jersey

Case number:  20–20904–JNP

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Diana L. Brooks

12/31/25

**By the court:** Jerrold N. Poslusny Jr.
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                   Case No. 20-20904-JNP
Diana L. Brooks                                                                                          Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                          User: admin                                       Page 1 of 4
Date Rcvd: Dec 31, 2025                       Form ID: 3180W                                    Total Noticed: 68

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##   Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 02, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Diana L. Brooks, 105 Grand Ave., Stratford, NJ 08084-1331 |
| cr | + | QUICKEN LOANS, LLC, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 518972239 | + | American Express, Attn: Estate Information Services, PO Box 1338, Reynoldsburg, OH 43068-6338 |
| 518966019 | + | American Medical Collectin Agency, 4 Westchester Plaza, Suite 110, Elmsford, NY 10523-1615 |
| 518966023 | + | Athena Diagnostics, Inc, 200 Forest St., 2nd Floor, Marlborough, MA 01752-3023 |
| 518966024 | + | Borough of Stratford, Attn: Tax Office, 307 Union Avenue, Stratford, NJ 08084-1313 |
| 518966025 |   | Bruce Kerensky DDS, 120 E. Evesham Rd., Glendora, NJ 08029-1361 |
| 518966028 | + | Care Centrix, P.O. Box 660, East Granby, CT 06026-0660 |
| 518966032 | + | Comprehensive Cancer & Hematology Spec., 705 White Horse Road, Suite D-105, Voorhees, NJ 08043-2468 |
| 518966034 | + | Decker Homes Inc., 1684 Route 206, Southampton Township, NJ 08088-8836 |
| 518966035 | + | Delaware River Port Authority, NJ E-ZPass, PO Box 4971, Trenton, NJ 08650-4971 |
| 518987486 | + | Denise Carlon Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 518966036 | + | Echelon Glen 2016 LLC, PO Box 958, Lakewood, NJ 08701-0958 |
| 518966041 |   | Frost - Arnett, PO Box 198988, Portland, OR 97219 |
| 518966044 |   | Kennedy Medical Group Practice, P.C., PO Box 95000, CL#4570, Philadelphia, PA 19195-0001 |
| 518966045 | + | Kennedy University Hospital, PO Box 13704, 30th St. Station, Philadelphia, PA 19101-3704 |
| 518966046 |   | Kresson View Center, 2601 Evesham Rd., Voorhees, NJ 08043-9509 |
| 518966048 |   | McKesson Patient Care Solutions, Inc., PO Box 645034, Pittsburgh, PA 15264-5034 |
| 518966050 |   | Montgomery Medical Equipment, PO Box 825543, Philadelphia, PA 19182-5543 |
| 518997352 | + | New Jersey Turnpike Authority, 1 Turnpike Plaza, Woodbridge, New Jersey 07095-5195 |
| 518966056 | + | Presbyterian Hospital PP, PO Box 824314, Philadelphia, PA 19182-4314 |
| 518966057 | + | ProCo, P.O. Box 2462, Aston, PA 19014-0462 |
| 518966058 | + | Professional Pulmonary Service, 27 East Centre Street, Woodbury, NJ 08096-2429 |
| 518966062 | + | Regional Women's Health Group, LLC, PO Box 536, Voorhees, NJ 08043-0536 |
| 518966064 | + | Retrieval Masters Creditors Bureau, Inc, 4 Westchester Plaza Suite 110, Elmsford, NY 10523-1615 |
| 518966065 |   | Rowan Medicine, PO Box 635, Bellmawr, NJ 08099-0635 |
| 518966066 | + | Sklar Law, LLC, 1200 Laurel Oak Road, Suite 102, Voorhees, NJ 08043-4317 |
| 518966068 | + | Stephen J. Moschini, Counselor at Law, 40 Constitution Drive, Southampton, NJ 08088-9053 |
| 518966069 |   | Studebaker Submetering, Inc., PO Box 580500, Charlotte, NC 28258-0500 |
| 518966074 | + | United Telemaanagement Corp, PO Box 145465, Cincinnati, OH 45250-5465 |
| 518966076 | + | Zeller & Wieliczko, LLP, Attn: Jeffrey P. Catalano, Esq., 120 Haddontowne Court, Cherry Hill, NJ 08034-3666 |

TOTAL: 31

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 31 2025 20:42:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 31 2025 20:42:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |

Case 20-20904-JNP    Doc 39    Filed 01/02/26    Entered 01/03/26 00:13:41    Desc Imaged
                          Certificate of Notice    Page 4 of 6

| District/off: 0312-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Dec 31, 2025 | Form ID: 3180W | Total Noticed: 68 |

| | | | |
|---|---|---|---|
| cr | ^ MEBN | Dec 31 2025 20:37:47 | Echelon Glen 2016 LLC, c/o Sklar Law LLC, 20 Brace Road, Suite 205, Cherry Hill, NJ 08034-2634 |
| 518966020 | ^ MEBN | Dec 31 2025 20:37:26 | Apex Asset Management, 2501 Oregon Pike, Suite 201, Lancaster, PA 17601-4890 |
| 518966021 | ^ MEBN | Dec 31 2025 20:38:40 | Apex Asset Management, Attn: Bankruptcy Dept., PO Box 5407, Lancaster, PA 17606-5407 |
| 518966022 | ^ MEBN | Dec 31 2025 20:38:07 | Arcadia Recovery Bureau, LLC, PO Box 6768, Wyomissing, PA 19610-0768 |
| 518966026 | + Email/Text: amanda@cascollects.com | Dec 31 2025 20:43:17 | Capital Collection Services, Attn: Bankruptcy, Po Box 150, West Berlin, NJ 08091-0150 |
| 518966027 | + EDI: CAPITALONE.COM | Jan 01 2026 01:31:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519011644 | + EDI: AIS.COM | Jan 01 2026 01:31:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518966029 | + EDI: JPMORGANCHASE | Jan 01 2026 01:31:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 518966030 | EDI: CITICORP | Jan 01 2026 01:31:00 | Citibank, N.A., 5800 S Corporate Pl., Sioux Falls, SD 57108-5027 |
| 518966031 | + Email/Text: mediamanagers@clientservices.com | Dec 31 2025 20:41:00 | Client Services, Inc., 3451 Harry S. Truman Blvd., Saint Charles, MO 63301-9816 |
| 518966033 | + EDI: CCS.COM | Jan 01 2026 01:31:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St., Norwood, MA 02062-2679 |
| 518966038 | Email/Text: bankruptcycourts@equifax.com | Dec 31 2025 20:41:00 | Equifax Information Services, PO Box 740241, Atlanta, GA 30348 |
| 518966039 | ^ MEBN | Dec 31 2025 20:37:01 | Experian, PO Box 4500, Allen, TX 75013-1311 |
| 518966040 | + Email/Text: bankruptcy@fco.com | Dec 31 2025 20:41:00 | Fair Collections & Outsourcing, Attn: Bankruptcy Dept, 12304 Baltimore Ave Suite #E, Beltsville, MD 20705-1314 |
| 518966042 | + EDI: IRS.COM | Jan 01 2026 01:31:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518966043 | ^ MEBN | Dec 31 2025 20:38:29 | Jefferson Health, 833 Chestnut St., Suite 115, Philadelphia, PA 19107-4401 |
| 518966047 | Email/Text: govtaudits@labcorp.com | Dec 31 2025 20:41:00 | LabCorp, PO Box 2240, Burlington, NC 27216 |
| 518966049 | + Email/Text: bankruptcydpt@mcmcg.com | Dec 31 2025 20:42:00 | Midland Credit Management, Inc., Po Box 2037, Warren, MI 48090-2037 |
| 518966051 | Email/Text: parasn@armanagementgroup.com | Dec 31 2025 20:41:00 | Nationwide Recovery, 501 Shelley Dr Ste 300, Tyler, TX 75701 |
| 518966053 | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Dec 31 2025 20:41:00 | NJ E-ZPass, Violations Processing Center, PO Box 4971, Trenton, NJ 08650 |
| 518966052 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Dec 31 2025 20:42:00 | Nelnet, Attn: Bankruptcy Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 518979589 | + Email/Text: ECMCBKNotices@ecmc.org | Dec 31 2025 20:42:00 | Nelnet on behalf of College Assist, College Assist, PO Box 16358, St. Paul, MN 55116-0358 |
| 518966055 | Email/Text: bankruptcies@penncredit.com | Dec 31 2025 20:41:00 | PennCredit Corporation, PO Box 1259, Oaks, PA 19456-1259 |
| 518966054 | ^ MEBN | Dec 31 2025 20:38:38 | Penn Medicine, PO Box 824406, Philadelphia, PA 19182-4406 |
| 518966059 | Email/Text: BankruptcyMail@questdiagnostics.com | Dec 31 2025 20:43:00 | Quest Diagnostics, PO Box 740775, Cincinnati, |

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Dec 31, 2025 | Form ID: 3180W | Total Noticed: 68 |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  |  | OH 45274-0775 |
| 518966060 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Dec 31 2025 20:42:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 519014041 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Dec 31 2025 20:42:00 | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 518966061 | + | Email/Text: ngisupport@radiusgs.com | Dec 31 2025 20:41:00 | Radius Global Solutions, 7831 Glenroy Rd, Suite 250-A, Minneapolis, MN 55439-3117 |
| 518966063 |   | Email/PDF: resurgentbknotifications@resurgent.com | Dec 31 2025 20:45:24 | Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518966067 |   | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Dec 31 2025 20:41:00 | State of New Jersey Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695 |
| 518966070 | + | EDI: PRA.COM | Jan 01 2026 01:31:00 | Synchrony Bank, c/o PRA Receivables Management, PO Box 41021, Norfolk, VA 23541-1021 |
| 518966071 | + | EDI: SYNC | Jan 01 2026 01:31:00 | Synchrony Bank/ Walmart, PO Box 965024, Orlando, FL 32896-5024 |
| 518966072 | + | Email/Text: bankruptcynotices@cbecompanies.com | Dec 31 2025 20:42:00 | The CBE Group, Inc., 1309 Technology Pkwy, Cedar Falls, IA 50613-6976 |
| 518966073 | ^ | MEBN | Dec 31 2025 20:37:13 | TransUnion, PO Box 2000, Chester, PA 19016-2000 |
| 518966075 | + | EDI: VERIZONCOMB.COM | Jan 01 2026 01:31:00 | Verizon, 500 Technology Drive, Suite 550, Weldon Spring, MO 63304-2225 |

TOTAL: 37

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518973158 | *+ | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 518966037 | ## | Equian, PO Box 34060, Dept. 74575038, Louisville, KY 40232-4060 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 02, 2026                    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 31, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew Sklar |  |

| District/off: 0312-1 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Dec 31, 2025 | Form ID: 3180W | Total Noticed: 68 |

on behalf of Creditor Echelon Glen 2016 LLC andy@sklarlaw.com  kathleen@sklarlaw.com

Andrew B Finberg

on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us

Andrew B Finberg

courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us

Denise E. Carlon

on behalf of Creditor QUICKEN LOANS  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Denise E. Carlon

on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Isabel C. Balboa

on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Thomas G. Egner

on behalf of Debtor Diana L. Brooks tegner@mcdowelllegal.com
tcuccuini@mcdowelllegal.com;kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;jmiller@mcdowelllegal.com;egnertr62202@notify.bestcase.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8