Form ntcfncurv − ntcfncurv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  20−20904−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Diana L. Brooks
   105 Grand Ave.
   Stratford, NJ 08084

Social Security No.:
   xxx−xx−3216

Employer's Tax I.D. No.:

## NOTICE OF RESPONSE TO TRUSTEE'S NOTICE OF DISBURSEMENTS MADE

   TO: Diana L. Brooks
          Debtor(s)

   You are hereby notified that a Response to Trustee's Notice of Disbursements Made has been filed. Under Fed. R. Bankr. P. 3002.1(g), if you disagree with the creditor's response, a motion must be filed to determine whether the debtor has cured the default and paid post−petition amounts.

Dated: February 5, 2026
JAN: def

Jeanne Naughton, Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                                  Case No. 20-20904-JNP
Diana L. Brooks                                                                                                Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                               User: admin                                                               Page 1 of 2
Date Rcvd: Feb 05, 2026                     Form ID: ntcfncur                                          Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                   regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 07, 2026:**

**Recip ID**                **Recipient Name and Address**
db                         +   Diana L. Brooks, 105 Grand Ave., Stratford, NJ 08084-1331

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2026                                     Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 5, 2026 at the address(es) listed below:**

**Name**                           **Email Address**

Andrew Sklar
                                on behalf of Creditor Echelon Glen 2016 LLC andy@sklarlaw.com  kathleen@sklarlaw.com

Andrew B Finberg
                                on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us

Andrew B Finberg
                                courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us

Denise E. Carlon
                                on behalf of Creditor QUICKEN LOANS  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Denise E. Carlon
                                on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Isabel C. Balboa

| District/off: 0312-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 05, 2026 | Form ID: ntcfncur | Total Noticed: 1 |

|  |  |
|---|---|
|  | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Thomas G. Egner |  |
|  | on behalf of Debtor Diana L. Brooks tegner@mcdowelllegal.com tcuccuini@mcdowelllegal.com;kgresh@mcdowelllegal.com;cgetz@mcdowelllegal.com;jmiller@mcdowelllegal.com;egnertr62202@notify.bestcase.com |
| U.S. Trustee |  |
|  | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8